JOHN O. HEALD, as Assignee, etc., Respondent, *v.* FRANK B. VAN SICLEN, Impleaded, etc., Appellant.

(Argued June 10, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 4, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*George A. Clement* for appellant.

*Henry P. Starbuck* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____